IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-01795-MSK

JOHN C. MALONE,

    Plaintiff,

v.

MICHAEL B. MUKASEY, in his official capacity as Attorney General of the United States, and ABC LEGAL SERVICES, INC., d/b/a PROCESS FORWARDING INTERNATIONAL,

    Defendant.

---

## ORDER

---

THIS MATTER is before the Court on Plaintiff's Motions for Temporary Restraining Order and Preliminary Injunction, filed August 22, 2008. In this order, the Court addresses only Plaintiff's Motion for Temporary Restraining Order. At this time, the Court declines to rule on the Motion for Preliminary Injunction. Plaintiff requests that the Court enter a Temporary Restraining Order restraining Defendants from attempting service of foreign process upon Plaintiff under the Inter-American Convention on Letters Rogatory and Additional Protocol.

FED. R. CIV. P. 65(b) provides that a TRO "may be granted without written or oral notice to the adverse party or that party's attorney only if (1) it clearly appears from specific facts shown by affidavit or by the verified complaint that immediate and irreparable injury, loss, or damages will result to the applicant before the adverse party

or that party's attorney can be heard in opposition, and (2) the applicant's attorney certifies in writing the efforts, if any, which have been made to give the notice and the reasons supporting the claim that notice should not be required." Every TRO that is granted without notice must be "indorsed with the date and hour of issuance; . . . shall define the injury and state why it is irreparable and why the order was granted without notice; and shall expire by its terms within such time after entry, not to exceed 10 days, as the court fixes, unless within the time so fixed in the order, for good cause shown, is extended for a like period or unless the party against whom the order is directed consents that it may be extended for a longer period." *Id.* No TRO or injunction may be issued "except upon the giving of security by the applicant." *Id.*

After careful review of the file, the Court finds that it is not clearly apparent from the facts shown by affidavit or by the verified complaint that immediate and irreparable injury, loss, or damages will result to the applicant before the adverse party or that party's attorney can be heard in opposition. As such, it is

ORDERED that Plaintiff's Motion for Temporary Restraining Order filed on a *ex parte* basis on August 22, 2008 is **DENIED**.

Dated: August 26, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge