IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01795-MSK

JOHN C. MALONE,

        Plaintiff,

v.

MICHAEL B. MUKASEY, in his official capacity as Attorney General of the United States, and ABC LEGAL SERVICE, INC., d/b/a PROCESS FORWARDING INTERNATIONAL,

        Defendants.

## ORDER

THIS MATTER comes before the Court on the Plaintiff's motion **(#2)** seeking a preliminary injunction, and a supporting brief **(#4)**.

**IT IS ORDERED** that:

(1) The Plaintiff shall serve the Complaint, summons, motion for a preliminary injunction and the supporting brief on the Defendants no later than **September 5, 2008.**

(2) The Defendants shall respond to the motion for a preliminary injunction by **September 19, 2008**.

(3) A non-evidentiary hearing is set on the law and motion calendar of Judge Marcia S. Krieger to be held on **September 24, 2008** at **4:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, 9th Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Counsel shall *bring their calendars*. The parties shall be prepared to address whether and what type of hearing is needed on the motion for a preliminary injunction.

Counsel may appear at this hearing by telephone. To appear telephonically, counsel and shall contact the Courtroom Deputy at **303-335-2185** no later than two court days before the hearing to make arrangements.

Dated this 27th day of August, 2008

BY THE COURT:

Marcia S. Krieger
United States District Judge