IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01795-MSK

JOHN C. MALONE,

      Plaintiff,

v.

MICHAEL B. MUKASEY, in his official capacity as Attorney General of the United States, and ABC LEGAL SERVICE, INC., d/b/a PROCESS FORWARDING INTERNATIONAL,

      Defendants.

## ORDER SETTING RULE 16 PRETRIAL SCHEDULING CONFERENCE

THIS MATTER comes before the Court pursuant to FED. R. CIV. P. 16 and D.C.COLO.L.CivR 16.1 for the setting of a pretrial scheduling conference.

**IT IS HEREBY ORDERED** that the parties shall appear on **December 19, 2008,** at **1:30 p.m.**, United States District Court for the District of Colorado, Courtroom A901, 901 19th Street, Alfred A. Arraj U.S. Courthouse, Denver, Colorado. It is,

**FURTHER ORDERED** that:

1. Lead counsel who will try the matter shall appear;

2. At least **twenty-one (21)** days prior to the conference, counsel (or a *pro se* party) shall confer to discuss the matters identified in FED. R. CIV. P. 16(c). These include but are not limited to:

    a. Necessity of joinder of any party;
    b. Need for any amendments to pleadings;
    c. Whether resolution by summary judgment is likely;
    d. Discovery needs and scheduling;
    e. Prospects for settlement;

  f. Personal and subject matter jurisdictions;
  g. Identification of legal and factual issues;
  h. Length of trial;
  i. Referral of action to the Magistrate Judge; and
  j. Such other matters as any party considers conducive to the just, speedy, and inexpensive determination of this action.

3. At this hearing, counsel should be prepared to advise the Court as to what procedure should be used to best facilitate the just, speedy and inexpensive determination of this action.

DATED this 28th day of October, 2008.

           **BY THE COURT:**

           */s/ Marcia S. Krieger*

           Marcia S. Krieger
           United States District Judge