# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE  MARCIA S. KRIEGER

Courtroom Deputy:    Patricia Glover          Date: December 19, 2008
Court Reporter:      Paul Zuckerman

Civil Action No.     08-cv-01795-MSK-MEH

*Parties*:                                    *Counsel Appearing*:

JOHN C. MALONE,                               Raquel Rodriguez
                                              Charlotte Wiessner

     Plaintiff,

v.

MICHAEL B. MUKASEY, in his official           Timothy Jafek
 capacity as Attorney General of the
United States, and
ABC LEGAL SERVICE, INC., d/b/a
PROCESS FORWARDING
INTERNATIONAL,                                Stuart Scarff

     Defendants.

---

## MINUTES OF RULE 16 CONFERENCE

---

**1:40 pm.       Court in session.**

Purpose of hearing: The Court addresses case status

The Court addresses whether or not the issues in the lawsuit can be combined with those raised in the motion for preliminary injunction.

Plaintiff counsel agrees they can be combined.  Counsel for defendant Mukasey agrees except if the hearing is delayed due to discovery which he doesn't believe is appropriate in this case.

Statements from the parties regarding the administrative record.

**ORDER:**       The Government's Motion for Extension (**Doc. #33**) is **GRANTED.**   The deadline
                 for the parties to have a conference is January 19, 2009.   By January 23, 2009, the
                 amended complaint will be filed as well as any request for discovery premised on

supplementation of the administrative record.

**ORDER:**   Unopposed Motion for Ruling on Motion for Extension of Time (**Doc. #37**) is **GRANTED.**

**ORDER:**   A continued Rule 16 hearing is set **February 25, 2009 at 8:30 a.m.**, in Courtroom A901, 901 19th Street, Denver, CO.  Counsel may appear by telephone if appropriate arrangements are made with the Courtroom Deputy at 303-335-2185, no later than 48 hours prior to the hearing.

**2:28 p.m.     Court in recess.**
**Total Time:   48 minutes.**
**Hearing continued.**