IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01795-MSK-MEH

JOHN C. MALONE,

    Plaintiff,
v.

ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States, and
ABC LEGAL SERVICE, INC., d/b/a Process Forwarding International,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 24, 2009.**

    Defendant Holder's Motion for an Order to Allow Telephonic Participation in Hearing by Defendant's Counsel in Washington, D.C. [filed March 23, 2009; docket #63] is **granted**. Jonathan Welch may participate telephonically in the hearing set for Thursday, March 26, 2009, at 10:00 a.m. Mr. Welch must conference together with any other party participating telephonically and call Chambers at (303) 844-4507 at the designated time.