IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01795-MSK-MEH

JOHN C. MALONE,

    Plaintiff,
v.

ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States, and ABC LEGAL SERVICE, INC., d/b/a Process Forwarding International,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 25, 2009.**

    Defendant ABC Legal Services, Inc.'s Motion to Allow Telephonic Participation in Hearing by Defendant's Counsel in Washington State [filed March 24, 2009; docket #67] is **granted**. Stuart W. Scarff may participate telephonically in the hearing set for Thursday, March 26, 2009, at 10:00 a.m. Mr. Scarff shall conference together with Mr. Welch and any other party participating telephonically, then call Chambers at (303) 844-4507 at the designated time.