IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 08-cv-01795-MSK-MEH | Date: March 26, 2009 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

| | |
|---|---|
| JOHN C. MALONE, | Raquel A. Rodriguez |
| | Charlotte Anne Wiessner |
| Plaintiff, | |
| vs. | |
| MICHAEL B. MUKASEY and | Timothy B. Jafek |
| | Jonathan Welch (by phone) |
| ABC LEGAL SERVICES, INC., | Stuart W. Scarff (by phone) |
| Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC STATUS CONFERENCE AND MOTION HEARING**

**Court in session:** 10:00 a.m.

Court calls case. Appearances of counsel.

Argument and discussion regarding Defendant's Motion for Protective Order (Doc. #52, filed 2/25/09).

**ORDERED:** For reasons stated on the record, Motion for Protective Order (Doc. #52, filed 2/25/09) is GRANTED in part and DENIED in part as follows:

1. Defendant shall provide official responses to Interrogatories 3, 8, and 10 on or before **April 6, 2009.**

2. As to Interrogatories 8 and 10, documents from May 2003 to the present shall be produced to Plaintiff by **April 6, 2009,** as well as any documents relating to Interrogatory 3.

3. The motion is denied without prejudice to any further motion if Plaintiff feels they have a good-faith basis for pursuing additional relief.

**Court in recess:** 10:44 a.m. (Hearing concluded)
**Total time in court:** 0:44